UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 16-368 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| RAMON LOA-MEJIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offense charged:    Supervised Release Violations

Date of Detention Hearing:    August 31, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant was convicted in the Southern District of Texas (CR$10-510) of

DETENTION ORDER
PAGE -1

Conspiracy to Possess with Intent to Distribute More than 100 Kilograms, but Less than 1,000 Kilograms of Marijuana and sentenced on March 2, 2011 in the charging District. After serving a term of incarceration, he was released on the conditions of supervised release and has been supervised in this District. His probation officer alleges that he has violated the conditions of supervised release. Defendant has waived an identity hearing and an Order of Transfer has been signed.

2. Defendant does not contest entry of an order of detention at this time.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services

01       Officer.

02       DATED this 31st day of August, 2016.

03

04                                                     Mary Alice Theiler

05                                                     United States Magistrate Judge

DETENTION ORDER
PAGE -3